PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLIC SERVICE COMMIS-

SION et al. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Proceedings by the people of the state of New York on the relation of the New York Central & Hudson River Railroad Company, against the Public Service Commission and others. No opinion. Order settled.